UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
DIVINE FREDERICKS,

                                    Plaintiff,

            – against –

A. DEMSCHICK, *et al.*,

                                    Defendants.
------------------------------------------------------------------------------x

**ORDER**

No. 25-CV-6846 (CS)

Seibel, J.

Plaintiff, who currently is incarcerated at Green Haven Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his right under the First Amendment to freely exercise his religion.

By order dated August 26, 2025, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. On September 2, 2025, the Court directed the U.S. Marshals Service to effect service on Defendants. On December 11, 2025, service on Defendant Infantino was returned unexecuted because Infantino no longer works at Green Haven, where service had been attempted.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and that defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). It is therefore ordered that the Attorney General of the State of New York, who is the attorney for and agent of DOCCS, must ascertain the full name and service address for Infantino and provide it to Plaintiff and the Court within 60 days of the date of this order. Once the Court has received this information, it will issue an order directing service on Infantino at the new address.

**SO ORDERED.**

Dated: December 12, 2025
     White Plains, New York

_____

CATHY SEIBEL, U.S.D.J.