UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DIVINE FREDERICKS,

                                 Plaintiff,

           – against –

A. DEMSCHICK, *et al.*,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 25-CV-6846 (CS)

Seibel, J.

       Plaintiff, who currently is incarcerated at Green Haven Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his right under the First Amendment to freely exercise his religion.

       By order dated August 26, 2025, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.[1] (ECF No. 5.) On September 2, 2025, the Court directed the U.S. Marshals Service to effect service on Defendants. (ECF No. 7.) On December 11, 2025, service on Defendant "D. Infantino" was returned unexecuted because Infantino no longer works at Green Haven, where service had been attempted. (ECF No. 13.) On December 12, 2025, the Court ordered the Attorney General of the State of New York, who is the attorney for and agent of the Department of Corrections and Community Supervision ("DOCCS"), to ascertain the full name and service address for Infantino and provide it to Plaintiff and the Court within 60 days. (ECF No. 17.) On February 9, 2026, the Attorney General filed a letter informing the Court that Infantino's full name is Daniel Infantino and that

---

       [1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

he can be served at DOCCS's Counsel's Office and included an affidavit of service of a copy of the letter on Plaintiff.  (ECF No. 19.)

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant Infantino through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant Daniel Infantino.  The Clerk of Court is further instructed to issue a summons for Daniel Infantino and to deliver to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon him.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court obtained proper service information for Defendant Infantino.  The Court therefore extends the time to serve until 90 days after the date the updated summons issues.

The Clerk of Court is directed to issue a summons for Defendant Daniel Infantino, complete the USM-285 form with the provided address, and deliver all documents necessary to effect service to the U.S. Marshals Service.

**SO ORDERED.**

Dated:  February 9, 2026
     White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

**DEFENDANT AND SERVICE ADDRESS**

1. Daniel Infantino
   c/o Department of Corrections and Community Supervision Counsel's Office
   1220 Washington Ave
   Building 4
   Albany, NY 12226